**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| Laura Harmon, individually and on behalf of all others similarly situated, | 3:22-cv-50091 |
| Plaintiff, | |
| - against - | |
| Pharmavite LLC, | |
| Defendant | |

**MOTION FOR EXTENSION OF THE DEADLINE OF THE**
**INITIAL STATUS REPORT**

Plaintiff moves the Court, pursuant to Fed. R. Civ. P. 6(b), for an Order extending the date by which the parties are required to file the Initial Status Report ("Report"), due August 16, 2022, until August 29, 2022, based on the following facts.

1. The Complaint was filed on March 26, 2022. ECF No. 1.

2. On June 24, 2022, this Court granted Plaintiff's motion to extend the deadline of the Report to be due by August 16, 2022. ECF No. 12.

3. The parties have reached an agreement in principle and expect to dismiss this action within two weeks.

4. Plaintiff requests the date by which the Report is due be extended until August 29, 2022.

5. This Motion is not made on consent, as Defendant has not appeared in this action.

6. This Motion is not presented to cause unnecessary delay, or for an improper purpose.

7. Two prior adjournments of the Report were requested and granted.

8. The extension does not affect any other scheduled dates.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order extending the date by which the parties are required to file the Report from August 16, 2022, to August 29, 2022.

Dated: August 15, 2022

Respectfully submitted,

/s/Spencer Sheehan
Sheehan & Associates, P.C.
Spencer Sheehan
60 Cuttermill Rd Ste 412
Great Neck NY 11021
Tel: (516) 268-7080
spencer@spencersheehan.com