## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Western Division

Laura Harmon
                    Plaintiff,

v.                                                 Case No.: 3:22–cv–50091
                                                    Honorable Iain D. Johnston

Pharmavite LLC
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 16, 2022:

      MINUTE entry before the Honorable Lisa A. Jensen: Plaintiff's motion for an extension of time [15] is granted. The parties' 8/16/2022 deadline to file the initial status report is stricken. By 8/29/2022, the parties shall file a status report on the progress of settlement. If a stipulation to dismiss is filed on or before 8/29/2022, no status report is required. Mailed notice. (vk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.