## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Western Division

Laura Harmon
                 Plaintiff,

v.                                          Case No.: 3:22–cv–50091
                                                Honorable Iain D. Johnston

Pharmavite LLC
                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 23, 2022:

       MINUTE entry before the Honorable Iain D. Johnston: The 8/29/2022 deadline for a status report is stricken. This case is dismissed in light of the notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i). Civil case terminated. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.